[No. 18004–5–I.  Division Oné.  July 1, 1987.]

MARK HIESTER, ET AL, *Respondents,* v. HULING BUICK, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 83–2–00268–1, Peter K. Steere, J., entered January 28, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Durham and Johnsen, JJ. Pro Tem.